```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 01-0171 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MELKON ARMEN KARAPETYAN, | ) | |
| | ) | Date: October 1, 2013 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Hon. Lawrence K. Karlton |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Melkon Karapetyan and his attorney, that the status conference hearing set for August 20, 2013, be vacated, and a status conference hearing on judgment and sentence be set for October 1, 2013 at 9:15 a.m. The parties are continuing to attempt to reach a resolution regarding sentencing.

DATED: August 15, 2013     /s/ Philip Ferrari for
                           JILBERT TAHMAZIAN, ESQ.
                           Attny. for Melkon Karapetyan

///

-1-

```
1  DATED: August 15, 2013          BENJAMIN WAGNER
                                   United States Attorney
2

3                             By: /s/ Philip Ferrari
                                   PHILIP A. FERRARI
4                                  Assistant U.S. Attorney

5

6       IT IS ORDERED that the status conference currently set for

7  August 20, 2013, is vacated, and a new status conference on judgment

8  and sentence is set for October 1, 2013, at 9:15 a.m.

9

10      **IT IS SO ORDERED.**

11

12 DATED: August 16, 2013
                                   _____
13                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
14                                 UNITED STATES DISTRICT COURT
```