```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 01-0171 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MELKON ARMEN KARAPETYAN, | ) | |
| | ) | Date: December 10, 2013 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Hon.  Lawrence K. Karlton |

The parties are currently set to appear before the Court on October 1, 2013. Although both parties have made diligent efforts to achieve a negotiated resolution regarding sentencing, that has not occurred, and the parties are ready to proceed to sentencing. The parties have been advised that due to the passage of time, it will be necessary to update/revise the PSR. Rather than wait for the October 1 appearance, the parties are requesting that the Court vacate the October 1 status conference and refer the matter to probation with the schedule set forth below. The schedule submitted is the standard one currently used, and if probation informs the parties that it is possible to accelerate the process, the parties

-1-

will present a revised schedule to the Court.  At present, the
parties request the following schedule:

| | |
|---|---|
| Hearing on Judgment and Sentencing: | December 10, 2013 |
| Replies or Statements of Non-opposition: | December 3, 2013 |
| Formal Objections / Sentencing Memoranda: | November 26, 2013 |
| Final PSR Filed: | November 19, 2013 |
| Informal Objections: | November 12, 2013 |
| Draft PSR Circulated: | October 29, 2013 |

The parties will provide a copy of any order issued by the Court to the probation office.

DATED: September 25, 2013  /s/ Philip Ferrari for
JILBERT TAHMAZIAN, ESQ.
Attny. for Melkon Karapetyan


DATED: September 25, 2013  BENJAMIN WAGNER
United States Attorney


By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for October 1, 2013, is vacated, and a hearing on judgment and sentence is set for December 10, 2013.  The following schedule shall apply:

| | |
|---|---|
| Hearing on Judgment and Sentencing: | December 10, 2013 |
| Replies or Statements of Non-opposition: | December 3, 2013 |
| Formal Objections / Sentencing Memoranda: | November 26, 2013 |
| Final PSR Filed: | November 19, 2013 |
| Informal Objections: | November 12, 2013 |
| Draft PSR Circulated: | October 29, 2013 |

**IT IS SO ORDERED.**

DATED: September 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT