JILBERT TAHMAZIAN; SBN: 143574
ARGINE KADYMYAN; SBN: 285492
**LAW OFFICES OF JILBERT TAHMAZIAN**
1518 West Glenoaks Blvd.,
Glendale, CA 91201
Telephone: (818) 242-8201
Facsimile: (818) 242-8246

Attorneys for Defendant,
MELKON ARMEN KARAPETYAN

# IN THE UNITED STATE DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | CASE NO. 2:01-cr-00171-LKK-1 |
| Plaintiff, | |
| v. | **ORDER ALLOWING CONTINUANCE OF SENTENCING/STATUS OF COUNSEL DATE OF DECEMBER 10, 2013** |
| MELKON ARMEN KARAPETYAN, | |
| Defendant. | Hon. Lawrence K. Karlton |

GOOD CAUSE BEING SHOWN and the parties being in agreement, it is hereby ordered that:

1) Defendant Melkon Armen Karapetyan's sentencing and status of counsel date scheduled for December 10, 2013 be continued to January 14, 2014 at 9:15 AM .

DATED: December 9, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1